_____
Honorable Laurel E. Davis
United States Bankruptcy Judge

Entered on Docket
July 06, 2015

SHELLEY D. KROHN, TRUSTEE
228 S. 4th Street, Suite 300
Las Vegas, NV 89101
E-mail: Shelley@TrusteeKrohn.com
Telephone: (702) 421-2210
Facsimile: (702) 366-1939

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 15-12810 LED |
| PARNELL COLVIN III | IN PROCEEDINGS UNDER CHAPTER 7 |
| | ORDER CONFIRMING AUTOMATIC DISMISSAL OF CHAPTER 7 CASE |
| Debtor(s) | (NO HEARING REQUIRED) |

The Request of Shelley D. Krohn (the "Trustee") having come before this Court and it appearing that the Debtor did not file his schedules within 45 days after the date of the filing of his petition, pursuant to Bankruptcy Code § 521(i), this case is dismissed as of the 46th day after the date of the filing of the petition.

Submitted by:

_____
SHELLEY D. KROHN, TRUSTEE

###