United States Bankruptcy Court
District of Nevada

In re:                                                                     Case No. 15-12810-led
PARNELL COLVIN, III                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0978-2        User: castellan        Page 1 of 1         Date Rcvd: Jul 06, 2015
                            Form ID: ndsm          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2015.
```
db              +PARNELL COLVIN, III,    2258 MOHAWK ST,    LAS VEGAS, NV 89146-3312
9444419        ++CITY OF BEAVERTON,    CITY ATTORNEYS OFFICE,    PO BOX 4755,    BEAVERTON OR 97076-4755
                 (address filed with court:  Beaverton Municipal court,    4755 SW Griffith Dr,
                 beaverton,OR 97005)
9444421         +Direct Tv Corporate oppicc,    2230 E Imperial Hwy,    EL segumdo,ca 90245-3502
9444428         +Kevin Kelly/Land kings LLC,    7310 smoke ranch Rd #S,    Las Vegas,Nv 89128-0260
9444427         +Nv energy,   1737 Hunkins Dr,    North Las Vegas,Nv 89030-6320
9444422         +One comcast center,    Philadelphia, PA 19103-2833
9444425         +Pacific Power,    825 NE Multhnomah St,    Portland ,OR 97232-2135
9444420         +Providence Medical Center,    Medical and billing,    4805 NE Gilsan St,
                 Portland, OR 97213-2933
9444423         +Spriat Headquaters,    6200 Sprint Pacific way,    overland Park, KS 66251-0001
9444424          Sun Rise Water,    106012 SE 129th Ave,    Happy VAlley,OR 97806
9444426         +Waste Managemnt,    5330 NE Skyport,    Portland,OR 97218-1244
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
9444418         +E-mail/Text: justin.miller@aarons.com Jul 07 2015 02:24:49     Aarons,   10505 NE sandy Blvd,
                 Portland,OR 97220-2509
9444416         +E-mail/PDF: Credit.Approvals@pgn.com Jul 07 2015 02:32:50     Portland General Electric,
                 121 SW salmon St,    Portland, OR 97204-2977
9444417         +E-mail/Text: bankruptcy@portlandoregon.gov Jul 07 2015 02:24:31     Portland Water Bureau,
                 1120 SW 5th Ave #600,    Portland ,OR 97204-1926
9444426         +E-mail/Text: rmcbknotices@wm.com Jul 07 2015 02:24:59     Waste Managemnt,    5330 NE Skyport,
                 Portland,OR 97218-1244
                                                                                              TOTAL: 4
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LAND KINGS LLC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2015                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2015 at the address(es) listed below:
```
              EDWARD  KANIA    on behalf of Creditor   LAND KINGS LLC ekania@vegas-evictions.com,
               ekguy13@gmail.com
              SHELLEY D. KROHN    shelley@trusteekrohn.com, NV27@ecfcbis.com;becca@trusteekrohn.com
              U.S. TRUSTEE - LV - 7    USTPRegion17.LV.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

# United States Bankruptcy Court
## District of Nevada

**Case No. <u>15–12810–led</u>**
**Chapter 7**

In re: (Name of Debtor)
    PARNELL COLVIN III
    2258 MOHAWK ST
    LAS VEGAS, NV 89146

Social Security No.:
    xxx–xx–0590

**NOTICE OF DISMISSAL;**
**NOTICE THAT ALL PENDING HEARINGS ARE VACATED**

On 7/6/15, the Bankruptcy Court for the District of Nevada entered an order dismissing this bankruptcy case. As a result, all pending hearings in the case, except any pending hearings on fee applications for Chapter 13 cases, are hereby vacated and will be taken off calendar without further notice. This notice does not affect the status of any adversary proceedings or any motions or matters that are pending in such adversary proceedings.

Dated: 7/6/15                                          BY THE COURT

                                                                                                Mary A. Schott
                                                                                                Clerk of the Bankruptcy Court